## STATE v. GEORGE ROGERS and ELIJAH SCOTT.

Court of Quarter Sessions. April, 1796.

*Wilson's Red Book, 98.*

The charge to jury by BASSETT, C. J.: Whenever one man touches another in an angry manner it is a battery. Every battery includes an assault, and there can be no battery without an assault. If you think the touching by defendants was done by them when angry, there is a battery.

One was acquitted.

*Wilson* for defendant.